# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-2971
_____

Randy Dean Jones, Sr.

*Plaintiff - Appellant*

v.

Stephen Sparks; Tasha Whelan

*Defendants - Appellees*

Nick Ludwig

*Defendant*

Mark Roberts; Rebecca Bowker; Deb Nichols

*Defendants - Appellees*

John Marsh; John and Jane Doe, Medical Staff and Administrators in the Iowa
Department of Corrections

*Defendant*s

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: May 19, 2020
Filed: May 22, 2020
[Unpublished]

_____

Before KELLY, WOLLMAN, and STRAS, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Iowa inmate Randy Dean Jones, Sr. appeals the district court's[1] adverse grant of summary judgment on his deliberate indifference claim. Construing the record in a light most favorable to Jones, and drawing all reasonable inferences in his favor, see Cullor v. Baldwin, 830 F.3d 830, 836 (8th Cir. 2016) (de novo review), we find no basis for reversing the grant of summary judgment, see Holden v. Hirner, 663 F.3d 336, 342 (8th Cir. 2011) (inmate alleging delay in treatment must present verifying medical evidence that delays adversely affected his prognosis). The judgment is affirmed, see 8th Cir. R. 47B, and Jones's pending motion for counsel is denied as moot.

_____

_____

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

-2-